**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AGUSTIN GONZALEZ-BASABE,**

        **Plaintiff,**

-vs-                                                    **Case No. 6:08-cv-2086-Orl-31GJK**

**J.L. WILSON CONCRETE, INC.,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO DISMISS (Doc. No. 5)**
>
> **FILED:**    **December 16, 2008**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. *See Barrios-Arroyo v. J.L. Wilson Concrete*, Case No. 6:08-cv-1944-Orl-22DAB.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 5, 2009.

                                                            GREGORY A. PRESNELL
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party